FILED IN
COURT OF CRIMINAL APPEALS

May 15, 2015

ABEL ACOSTA, CLERK

AP-77,047
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/14/2015 7:43:45 PM
Accepted 5/15/2015 7:52:50 AM
ABEL ACOSTA
CLERK

## NO. AP-77,047

## IN THE
## COURT OF CRIMINAL APPEALS
## OF TEXAS

**KENNETH THOMAS**
**Appellant**

**VS.**

**THE STATE OF TEXAS**
**Appellee**

---

### APPEALING THE TRIAL COURT'S CAPITAL JUDGMENT
### ASSESSING THE DEATH SENTENCE BASED ON JURY VERDICT
### OF GUILTY AND ANSWERS TO SPECIAL ISSUES
### IN CAUSE NUMBER F86-85539-M FROM THE 194TH JUDICIAL
### DISTRICT COURT OF DALLAS COUNTY, TEXAS
### THE HONORABLE ERNEST B. WHITE, III, JUDGE PRESIDING

---

### MOTION TO SUPPLEMENT
### THE REPORTER'S RECORD

---

**COMES NOW KENNETH THOMAS,** by and through his

appointed attorney on appeal, John Tatum, and respectfully submits this Motion to

Supplement the Reporter's Record in the above entitled and numbered cause. In support of this Motion, Appellant would show this Honorable Court the following:

**I.**

The Defendant, Kenneth Thomas, pleaded not guilty to the charge of Capital Murder before the Honorable Ernest B. White, Judge Presiding of the 194th Judicial District Court of Dallas County and a jury. The jury found the Defendant guilty and punishment was assessed at death by lethal injection.

**II.**

The Reporter's Record has been filed in this cause.

**III.**

Appellant has raised issues of prejudice in the admission into evidence of autopsy photographs introduced at trial, State's Exhibits Nos. 58-83. The original color photographs were placed into evidence before the jury and are necessary to aid this Court in resolving the issues raised on appeal to the Court of Criminal Appeals.

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that this Court will grant his Motion to Supplement the Reporter's Record in this Cause.

Respectfully submitted,

/s/ John Tatum
JOHN TATUM
990 SOUTH SHERMAN STREET
RICHARDSON, TEXAS 75081
(972) 705-9200
BAR NO. 19672500

## CERTIFICATE OF SERVICE

I, JOHN TATUM, do hereby certify that a true and correct copy of the foregoing Motion to Supplement the Record was delivered to Susan Hawk, Criminal District Attorney, Appellate Section, 11th floor, Frank Crowley Criminal Courts Building, Dallas, Texas 75207, on this 14th day of May, 2015.

/s/ John Tatum
John Tatum

# CERTIFICATE OF COMPLIANCE

I certify that this submitted e-mail attachment to file Motion to Supplement complies with the following requirements of the Court:

1. The petition is submitted by e-mail attachment;

2. The e-mail attachment is labeled with the following information:
   A. Case Name: Kenneth Thomas
   B. The Appellate Case Number: 77,047
   C. The Type of Document: Motion to Supplement Record
   D. Party for whom the document is being submitted: Appellant
   E. The Word Processing Software and Version Used to Prepare the Motion :
   Word Perfect X7

3. Copies have been sent to all parties associated with this case.

___/s/ John Tatum_____ 5/14/15
(Signature of filing party and date)
John Tatum
(Printed name)
John Tatum, Attorney at Law

Emailed Copy of Motion